# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORTHEAST METAL TRADERS, INC.,** et al, *Plaintiffs* v. **TAV HOLDINGS, INC., et al,** *Defendants* | Case No. 2:19-cv-01546-JDW |

## ORDER

**AND NOW,** this 16th day of March, 2020, upon consideration of Plaintiffs' Renewed Motion to Dismiss (ECF No. 41), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED**. It is **FURTHER ORDERED** that Counts III-VI of Defendants' Amended Counterclaims (ECF No. 38) are hereby **DISMISSED WITH PREJUDICE**.

                                              **BY THE COURT:**

                                              */s/ Joshua D. Wolson*
                                              JOSHUA D. WOLSON, J.