**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2020 I caused a copy of the foregoing Joint Motion for Modified Scheduling Order to be served by ECF upon the following counsel of record:

David L. Braverman, Esquire
Kevin W. Burdett
Braverman Kaskey, P.C.
One Liberty Place
1650 Market Street – 56th Floor
Philadelphia, PA  19103
*Attorneys for Plaintiffs, Northeast Metal Traders, Inc.*


Christopher M. Blaesing, Esquire
Bryan Cave Leighton Paisner LLP
211 N. Broadway, Suite 3600
St Louis, Missouri   63102
*Attorneys for Plaintiff, Wallach Trading Co., Inc.*



/s/ Andrew J. Belli
Andrew J. Belli


Dated: September 11, 2020