IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORTHEAST METAL TRADERS, INC.** and **WALLACH TRADING CO, INC.** *Plaintiffs/Counterclaim-Defendants*, v. **TAV HOLDINGS, INC.** and **JOSEPH SMITH & SONS, INC.** *Defendants/Counterclaim-Plaintiffs*. | NO. 19-cv-01546-JDW |

## ORDER

**AND NOW,** this ___ day of _____, 2020, upon consideration of the Joint motion for a Modified Scheduling Order, **IT IS ORDERED** that the motion is **GRANTED** and that dates and deadlines set forth in the March 31, 2020 scheduling order [Doc. 50] are modified as follows:

1. The parties shall serve affirmative expert reports on or before October 17, 2020;

2. The parties shall serve rebuttal expert reports on or before November 14, 2020;

3. The parties shall complete all discovery on or before November 14, 2020;

4. All dispositive motions shall be filed on or before November 28, 2020.

**BY THE COURT:**

_____
**JOSHUA D. WOLSON, J.**